# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA T. AVINA,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: **5:17-cv-00511-MRW**<br><br>~~[PROPOSED]~~ **ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Honorable Judge Michael R. Wilner |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff MARIA T. AVINA ("**Plaintiff**") and Defendant FCA US LLC ("**Defendant**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $40,000.00 in attorney fees, costs and expenses in a check made payable to the Knight Law Group and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $40,000.00 to Plaintiff within 60 days of October 31, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/03/2022

/S/ Michael R. Wilner
JUDGE OF THE UNITED STATES DISTRICT COURT

Prepared by:
**KNIGHT LAW GROUP, LLP**
Roger Kirnos (SBN 283163)
*rogerk@knightlaw.com*
Daniel Kalinowski (SBN 305087)
*danielk@knightlaw.com*
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973
Attorneys for Plaintiff,
**MARIA T. AVINA**

-2-
[PROPOSED] ORDER ON STIPULATION